# TRUSTEE'S CONFIRMATION REPORT – 08/09/17

**DEBTOR:** Alan P DiRenzi  **CASE NO.:** 17-20595-PRW
**ATTORNEY:** George Mitris, Esq.  **ATTORNEY FEES:** $ 3800
 Additional Attorney Fees: $

I. **TRUSTEE RECOMMENDATION:** __X__ Plan Recommended  ____ Plan Not Recommended

II. **PLAN FILED DATE:** 7/10/17 (BK ECF No. 25)
   A. **PAYMENTS:** $ 153  per weekly wage order

   B. **REPAYMENT:**
      To secured creditors       $21,291   with interest $ 26,527
      To priority creditors      $ 3,800
      To unsecured creditors     $ 5,613   est. 20 %
      General unsecured debt     $26,825
      Duration of Plan           5         years
      Total Scheduled Debt       $33,078   incl. mortgages

   C. **FEASIBILITY:**
      Monthly Income            $1590.35   (net) $ 3605.34  (gross)
      Less Estimated Expenses   $ 933.00
      Excess for Wage Plan      $ 657.35

   D. **OBJECTIONS to Confirmation:** None.

   E. **Other comments:**
      ☐ risk factor 3 because of prior bankruptcies
      ☐ need judgments removed                                  ☐ need mortgages eliminated
      ☐ need appraisals of real estate and personal property    ☐ need motions to value collateral
      ☐ need certification of post petition DSO payments.       ☐ need proof of surrender efforts
      ☒ other: Term of plan to commence with Confirmation.

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Monroe Cnty Treasurer | $ 1,578.51 | R/P taxes-non-interest portion | Yes | $1229.27 + 18% | $ 68 |
| Monroe Cnty Treasurer | $ | R/P taxes-interest portion | Yes | $ 347.24 + 0% | $ 15 |
| US Bank | $ 3,087.06 | R/P taxes-non-interest portion | Yes | $1705.56 + 18% | $ 74 |
| US Bank | $ | R/P taxes-interest portion | Yes | $ 1381.50 + 0% | $ 31 |
| ATF | $ 8,234.58 | Real Property Taxes | Yes | Full + 0% | $121 |
| ATF | $ 4,742.32 | Real Property Taxes | Yes | Full + 18% | $121 |
| ATF | $ 3,648.06 | Real Property Taxes | Yes | Full + 12% | $ 82 |

IV.  **SPECIAL PLAN PROVISIONS:**

    A.    CLASSIFICATION of unsecured creditors:  *Not applicable*

| | | |
|---|---|---|
| Class 1: | % | $ |
| Class 2: | % | $ |
| Class 3 | % | $ |

    B.    Rejection of executory contracts:

    C.    Other Plan Provisions:

V.  **BEST INTEREST TEST:**

    A.    All assets were listed.

    B.    Total market value of assets:     $51,771

| | |
|---|---|
| Less valid liens | $ 19,437 |
| Less exempt property | $ 27,762 |
| (Available for judgment liens ) | |
| Subtotal | $ 4,572 |
| Less est. Chapter 7 fees | $ 1,143 |

    C.    Total available in liquidation     $ 3429

    D.    Best interests including present value     $ 3789

        Less priority claims     $ 3800
        (Support $         )

    E.    Amount due to unsecured     $ 0

    F.    Amount to be distributed to unsecured creditors     $ 5613

    G.    Nature of major non-exempt assets:

VI.  **OTHER:**

    A.    Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.

    B.    Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.

    C.    (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.

    D.    Debtor requests no wage order because: \_\_\_\_\_ disability or retirement, \_\_\_\_\_ self employed, \_\_\_\_\_ risk of job loss, \_\_\_\_\_ other

    E.    Converted from Chapter 7 because: Non Applicable.

/S/_____
**GEORGE M. REIBER, TRUSTEE**